IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ARMANI CISCERO**                                                                                    **PLAINTIFF**

v.                              Case No. 4:23-CV-00459-LPR

**DOES**                                                                                              **DEFENDANT**

## ORDER

Plaintiff Armani Ciscero filed this action pro se without prepayment of the $402.00 filing fee or an Application to Proceed Without Prepayment of Fees and Affidavit.[1]  To proceed with this action, Mr. Ciscero must either pay the statutory filing fee or complete an Application to Proceed Without Prepayment of Fees and Affidavit within 30 days from the entry of this Order. If he does not do one or the other within 30 days, his case will be dismissed without prejudice.[2]

The Court directs the Clerk to send Mr. Ciscero a prisoner Application to Proceed Without Prepayment of Fees and Affidavit along with a copy of this Order.

IT IS SO ORDERED this 20th day of June 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] Compl. (Doc. 1).

[2] Local Rule 5.5(c)(2).